Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                     Case No.:  19−12940−KCF
                                     Chapter:  13
                                     Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tina L Stramaglia
   46 Schaaf Road
   Bloomsbury, NJ 08804

Social Security No.:
   xxx−xx−9684

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/17/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 22, 2019
JAN: slf

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-12940-KCF
Tina L Stramaglia                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin                Page 1 of 2                Date Rcvd: Apr 22, 2019
                                  Form ID: 148               Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
```
db             +Tina L Stramaglia,    46 Schaaf Road,    Bloomsbury, NJ 08804-3319
518024802      +Citibank/Exxon Mobile,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                 S Louis, MO 63179-0040
518024803      +Citibank/Shell Oil,    Citicorp Srvs/ Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
518024814      +Mercantile Adjustment Bureau,    165 Lawrence Bell Dr Ste 100,    Williamsville, NY 14221-7900
518024815      +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
518078545      +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
518024820      +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,   Hamilton Square, NJ 08690-1717
518024821      +Us Dept Of Ed/Great Lakes Higher Educati,     Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
518024822      +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
518024824      +Weichert Finance Ser/d,    1 Corporate Dr,    Lake Zurich, IL 60047-8944
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2019 00:39:46      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2019 00:39:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518024796      +E-mail/Text: bankruptcycare@affinityfcu.com Apr 23 2019 00:39:13      Affinity Fcu,
                 73 Mountainview Blvd Bld,    Basking Ridge, NJ 07920-2332
518024798      +EDI: BANKAMER.COM Apr 23 2019 04:08:00      Bank Of America,   Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
518024799      +EDI: CAPITALONE.COM Apr 23 2019 04:08:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518024800      +EDI: CAPITALONE.COM Apr 23 2019 04:08:00      Capital One,   Attn: Bankruptcy,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
518024801      +EDI: CHASE.COM Apr 23 2019 04:08:00      Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850-5298
518024805       EDI: WFNNB.COM Apr 23 2019 04:08:00      Comenity Bank/Bon Ton,    Attn: Bankruptcy,
                 Po Box 18215,    Columbus, OH 43218
518024804      +EDI: WFNNB.COM Apr 23 2019 04:08:00      Comenity Bank/Bon Ton,   Po Box 182125,
                 Columbus, OH 43218-2125
518024806      +EDI: WFNNB.COM Apr 23 2019 04:08:00      Comenity Bank/Talbots,   Po Box 182125,
                 Columbus, OH 43218-2125
518024809      +EDI: WFNNB.COM Apr 23 2019 04:08:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
518024811      +EDI: CBSKOHLS.COM Apr 23 2019 04:08:00      Kohls/Capital One,   Kohls Credit,   Po Box 3043,
                 Milwaukee, WI 53201-3043
518024811      +E-mail/Text: bncnotices@becket-lee.com Apr 23 2019 00:39:01      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,   Milwaukee, WI 53201-3043
518146928      +EDI: MID8.COM Apr 23 2019 04:08:00      Midland Funding LLC,   P.O. Box 2011,
                 Warren, MI 48090-2011
518185838       EDI: Q3G.COM Apr 23 2019 04:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
518024816      +E-mail/Text: bankruptcy@savit.com Apr 23 2019 00:40:31      Savit Coll,   Po Box 250,
                 East Brunswick, NJ 08816-0250
518024817      +EDI: RMSC.COM Apr 23 2019 04:08:00      Synchrony Bank/Gap,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
518024818      +EDI: RMSC.COM Apr 23 2019 04:08:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518024810       EDI: TDBANKNORTH.COM Apr 23 2019 04:08:00      Commerce Bank Na,   Td Bank/Attn:Bankruptcy,
                 Po Box 9547,    Portland, ME 04112
518024819       EDI: TFSR.COM Apr 23 2019 04:08:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
518024823      +E-mail/Text: collect@williamsalexander.com Apr 23 2019 00:39:19      Waassociates,   Po Box 2148,
                 Wayne, NJ 07474-2148
                                                                                              TOTAL: 21
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518024797*     +Affinity Fcu,   73 Mountainview Blvd Bld,    Basking Ridge, NJ 07920-2332
518024807*     +Comenity Bank/Talbots,    Po Box 182125,   Columbus, OH 43218-2125
518024808*     +Comenity Bank/Talbots,    Po Box 182125,   Columbus, OH 43218-2125
518024812*     +Kohls/Capital One,    Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
518024813*     +Kohls/Capital One,    Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 22, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor    Weichert Financial Services bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Joseph J Mania, III    on behalf of Debtor Tina L Stramaglia jmbanklaw@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 5
```